AO 442

# United States District Court

FILED
U.S. DISTRICT COURT
2010 SEP -1 A 10: 55
DISTRICT OF UTAH
BY: [signature] CLERK
DEPUTY CLERK

**DISTRICT OF UTAH - CENTRAL DIVISION**

UNITED STATES OF AMERICA
V.
**Cody Alan Reece**

**WARRANT FOR ARREST**

**CASE NUMBER: 2:10cr00770-001 DB**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **CODY ALAN REECE**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Felon in Possession of Firearms**

in violation of **18:922(g)(1)** United States Code.

D. Mark Jones
Name of Issuing Officer

[signature]
Signature of Issuing Officer

By: Ryan Robertson
Deputy Clerk

Clerk of Court
Title of Issuing Officer

August 26, 2010 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/26/10 | DUSM Burnett | [signature] |
| DATE OF ARREST | | |
| 8/31/10 | | |