CARLIE CHRISTENSEN, United States Attorney (#633)
VICTORIA K. McFARLAND, Special Assistant United States Attorney (#11411)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 325-3357

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | | Case No. 2:10CR00770 DB |
| Plaintiff, | : | |
| | | POSITION OF THE UNITED STATES WITH |
| vs. | : | RESPECT TO SENTENCING FACTORS |
| | | |
| CODY ALAN REECE, | : | |
| | | Judge Dee Benson |
| Defendant. | : | |
| | : | |

_____

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Rule DUCrimR 32-1(b), Rules of Practice of the United States District Court for the District of Utah, states that after reviewing the Presentence Report prepared by the U.S. Probation Office in connection with the sentencing of the above-named defendant, that it is

//

//

//

//

//

//

unaware of any matters disputed between the government and the defendant with respect to such report. The United States has no objection to the amended Presentence Report.

DATED this 11th day of July, 2011.

CARLIE CHRISTENSEN
United States Attorney


*/s/ Victoria K. McFarland*
VICTORIA K. McFARLAND
Special Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS was mailed postage prepaid, delivered through interoffice mail or electronically filed to all parties named below, this 11th day of July, 2011.

Matt Lewis
Attorney for Defendant

Wyatt Stanworth
U.S. Probation Officer

       /s/ JCA
      Legal Assistant